```
                                          IN RE
                                          DONALD RAY MAPSON
                                          2214 OLEANDER DRIVE
 1505487-Trustee-A-Rich
 CHRISTOPHER T. VONDERAU                  WILMINGTON, NC 28403
 4022 SHIPYARD BLVD. STE 101                      SSN or Tax I.D.   XXX-XX-0703
 ATTORNEY AT LAW                          ------------------------------
 WILMINGTON, NC 28409                     CHARLREAN BATTEN MAPSON
                                          2214 OLEANDER DRIVE

                                          WILMINGTON, NC 28403
                                                  SSN or Tax I.D.   XXX-XX-6784

 Richard M. Stearns
 1015 Conference Dr.
 Greenville, NC 27858                          Chapter 13
                                               Case Number:  15-05487-5-SWH
```

                    NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Richard M. Stearns, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the
Chapter 13 Plan.

<u>Your rights may be affected.</u>   You should read these papers carefully and discuss them with your attorney,
if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to
consider your views on the motion, then on or before 01/18/2016, you or your attorney must file with
the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your
position, and a request for hearing at:

                            U.S. Bankruptcy Court
                            PO Box 791
                            Raleigh, NC  27602

If you mail your response to the court for filing, you must mail it early enough so the court will receive
it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

| Debtor(s): | Attorney: | Trustee: |
|---|---|---|
| DONALD RAY MAPSON | CHRISTOPHER T. VONDERAU | Richard M. Stearns |
| 2214 OLEANDER DRIVE | 4022 SHIPYARD BLVD. STE 101 | 1015 Conference Dr. |
| WILMINGTON, NC 28403 | ATTORNEY AT LAW | Greenville, NC 27858 |
| ------------------------------ | WILMINGTON, NC 28409 | |
| CHARLREAN BATTEN MAPSON | | |
| 2214 OLEANDER DRIVE | | |
| WILMINGTON, NC 28403 | | |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will
be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified
accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief
sought in the motion or objection and may enter an order granting that relief.

```
Date:  December 16, 2015              Richard M. Stearns
                                      Chapter 13 Trustee
                                      1015 Conference Dr.
                                      Greenville, NC 27858
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

IN RE:                                                                  CASE NUMBER:  15-05487-5-SWH

**DONALD RAY MAPSON**

**CHARLREAN BATTEN MAPSON**

CHAPTER 13

DEBTOR(S)

MINUTES OF 341 MEETING AND
MOTION FOR CONFIRMATION OF PLAN

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the Court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on November 3, 2015, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C. §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the Trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case.  The calculation of disposable income impacts on what, if any, dividend will be received by unsecured creditors.  The debtor(s) plan provides for payments of:

    $2,285.00 PER MONTH FOR 2 MONTHS, THEN, $3,363.00 PER MONTH FOR 58 MONTHS.

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this Plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before February 1, 2016 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before April 5, 2016 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

    a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #011 SANTANDER CONSUMER, USA | 2013 CHRYSLER 200 | TO BE PAID **DIRECT.** |

    b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, to be paid over the life of the plan. Two post-petition contractual payments shall be included in the arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments. (SEE PARAGRAPH 8 BELOW)**
.

| Creditor | Collateral |
|---|---|
| #802 DITECH FINANCIAL, LLC | MORTGAGE |

    c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| #012 IRS | 2005-2014 TAXES | $21,564.30 SECURED | TO BE PAID OVER THE TERM OF THE PLAN @ **5.25% INTEREST.** |

    e. Claims to be avoided by the debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as: "Abandon," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor

stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b):

NONE

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7, 8 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased or Contracted For | Treatment |
|---|---|---|
| #040 LEXUS FINANCIAL SERVICES | AUTO LEASE | REJECT. |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,700.00. The Trustee recommends to the Court a fee of $3,700.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

16. Other Provisions:   NONE

RICHARD M. STEARNS

_____
Standing Chapter 13 Trustee

# EXHIBIT 'A'

**DEBTORS:** DONALD & CHARLREAN MAPSON  **CASE NUMBER:** 15-05487-5-SWH

**EMPLOYMENT:**

| | | | |
|---|---|---|---|
| Debtor: | MT. PLEASANT AME ZION CHURCH & PENSION | GROSS INCOME: | $5,024.67 |
| Spouse: | ST. MARK AME ZION CHURCH | | $2,600.00 |

**Prior Bankruptcy cases:** Yes ☒  No ☐  If so, Chapter ___ filed 2013

Disposition:

**Real Property:** House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐

Description: RESIDENCE @ 2214 OLEANDER DRIVE / JOINT

| | | | |
|---|---|---|---|
| FMV | $220,500.00 | Date Purchased | |
| Liens | $203,270.00 | Purchase Price | |
| Exemptions | $17,230.00 | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | | Tax Value | $220,500.00 |

Description

| | | | |
|---|---|---|---|
| FMV | | Date Purchased | |
| Liens | | Purchase Price | |
| Exemption | | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | | Tax Value | |

**COMMENTS:**

**Attorney Fees:**
| | | |
|---|---|---|
| Requested: | $3,700.00 | (excluding filing fee) |
| Paid: | $1,500.00 | (excluding filing fee) |
| Balance: | $2,200.00 | |

**Trustee's Recommendation:** $3,700.00
Comments:

**Plan Information:**

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $365,078.92 | Pay in | $199,624.00 | Priority | 100.00% |
| Priority | $33,839.51 | Less   8.00% | $15,969.92 | Secured | 100.00% |
| Secured | $147,585.33 | Subtotal | $183,654.08 | Unsecured | 0.00% |
| Unsecured | $183,654.08 | Req. Atty. Fee | $2,200.00 | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $197,424.00 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | **Annual Review:** | Yes ☒ | No ☐ | |
| | | **Payroll Deduction:** | Yes ☐ | No ☒ | |
| **Objection to Confirmation:** | | Yes ☐ | No ☒ | | |

       Pending:
       Resolved:

<u>Motions Filed:</u>    Yes ☐    No ☒

       If so, indicate type and status:

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1505487 | TRUSTEE: 54 | COURT: 278 | Page 1 of 2 |
| TASK: 12-15-2015.00802715.LSA000 | | DATED: 12/16/2015 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Richard M. Stearns | 1015 Conference Dr.<br>Greenville, NC 27858 |
| Debtor | | DONALD RAY MAPSON | 2214 OLEANDER DRIVE<br>WILMINGTON, NC 28403 |
| Joint | | CHARLREAN BATTEN MAPSON | 2214 OLEANDER DRIVE<br>WILMINGTON, NC 28403 |
| 032 | 000032 | NAVIENT SOLUTIONS<br>PO BOX 9430 | ATTN:BNKRPTCY LITIGATION UNIT E3149<br>WILKES-BARRE, PA 18773-9430 |
| IRS | 000005 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY | P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| 012 | 000041 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 012 | 000012 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 012 | 000042 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 035 | 000035 | BECKET & LEE<br>PO BOX 3001 | ATTORNEYS/AGENT FOR CREDITOR<br>MALVERN, PA 19355-0701 |
| ATYGEN | 000003 | The Honorable Loretta Lynch<br>950 Pennsylvania Ave. NW | U.S. Department of Justice<br>Washington, DC 20530 |
| 024 | 000024 | KROSS LIEBERMAN & STONE | 991 AVIATION PKWY STE 300<br>MORRISVILLE, NC 27560-8564 |
| USATTY | 000007 | US ATTORNEY<br>310 NEW BERN AVE, FEDERAL BLDG | ATTN: CIVIL PROCESS CLERK, STE 800<br>RALEIGH, NC 27601-1461 |
| NCREV | 000006 | NC DEPT. OF REVENUE<br>ATTN: ANGELA FOUNTAIN | PO BOX 1168<br>RALEIGH, NC 27602-1168 |
| 023 | 000023 | KROSS/LIEBERMAN & STON | 1110 NAVAHO DR, ,STE 501<br>RALEIGH, NC 27609 |
| ESC | 000004 | EMPLOYMENT SECURITY COMMISSION<br>CHAPTER 13 BANKRUPTCY | PO BOX 26504<br>RALEIGH, NC 27611 |
| 016 | 000016 | CREDIT FINANCIAL SERVICES | 3800 GUESS RD<br>DURHAM, NC 27705-1506 |
| 015 | 000015 | COASTAL ANESTHESIA ASSOC | PO BOX 63095<br>CHARLOTTE, NC 28263-3029 |
| 039 | 000039 | WILMINGTON HEALTH ASSOCIATES | 1202 MEDICAL CENTER DR<br>WILMINGTON, NC 28401 |
| 034 | 000034 | WILMINGTON SURGCARE | 1801 SOUTH 17TH STREET<br>WILMINGTON, NC 28401-6443 |
| 033 | 000033 | SOUTHCARE OF NC | 1506 MARKET STREET<br>WILMINGTON, NC 28402 |
| 013 | 000013 | NEW HANOVER COUNTY TAX DEPARTMENT | 230 GOVERNMENT CENTER DRIVE #190<br>WILMINGTON, NC 28403-1671 |
| 017 | 000017 | FINANCIAL DATA SYSTEMS<br>CHAPTER 13 BANKRUPTCY | 1638 MILITARY CUTOFF ROAD<br>WILMINGTON, NC 28403-8463 |
| 018 | 000018 | FINANCIAL DATA SYSTEMS<br>CHAPTER 13 BANKRUPTCY | 1638 MILITARY CUTOFF ROAD<br>WILMINGTON, NC 28403-8463 |
| 020 | 000020 | FINANCIAL DATA SYSTEMS<br>CHAPTER 13 BANKRUPTCY | 1638 MILITARY CUTOFF ROAD<br>WILMINGTON, NC 28403-8463 |

| CASE: 1505487 | TRUSTEE: 54 | COURT: 278 | | Page 2 of 2 |
|---|---|---|---|---|
| TASK: 12-15-2015.00802715.LSA000 | | DATED: 12/16/2015 | | |

| | | | | |
|---|---|---|---|---|
| 021 | 000021 | FINANCIAL DATA SYSTEMS<br>CHAPTER 13 BANKRUPTCY | | 1638 MILITARY CUTOFF ROAD<br>WILMINGTON, NC 28403-8463 |
| 014 | 000014 | AZALEA COAST THERAPY, LLC | | PO BOX 4271<br>WILMINGTON, NC 28406 |
| 799 | 000002 | CHRISTOPHER T. VONDERAU<br>ATTORNEY AT LAW | | 4022 SHIPYARD BLVD. STE 101<br>WILMINGTON, NC 28409 |
| 022 | 000022 | FORTIVA | | 5 CONCOURSE PARKWAY SUITE 400<br>ATLANTA, GA 30328 |
| 038 | 000038 | WEB.COM | | 12808 GRAN BAY PKWY WEST<br>JACKSONVILLE, FL 32258 |
| 040 | 000040 | LEXUS FINANCIAL SERVICES<br>CHAPTER 13 BANKRUPTCY | | PO BOX 8026<br>CEDAR RAPIDS, IA 52409 |
| 025 | 000025 | LEXUS FINANCIAL SERVICES<br>CHAPTER 13 BANKRUPTCY | | PO BOX 8026<br>CEDAR RAPIDS, IA 52409 |
| 036 | 000036 | US DEPARTMENT OF EDUCATION | | PO BOX 7860<br>MADISON, WI 53707 |
| 037 | 000037 | US DEPARTMENT OF EDUCATION | | PO BOX 7860<br>MADISON, WI 53707 |
| 041 | 000043 | US DEPT OF EDUCATION<br>PO BOX 8973 | | CLAIMS FILING UNIT<br>MADISON, WI 53708-8973 |
| 800 | 000008 | DITECH FINANCIAL LLC | | PO BOX 6154<br>RAPID CITY, SD 57709-6154 |
| 801 | 000009 | DITECH FINANCIAL LLC | | PO BOX 6154<br>RAPID CITY, SD 57709-6154 |
| 802 | 000010 | DITECH FINANCIAL LLC | | PO BOX 6154<br>RAPID CITY, SD 57709-6154 |
| 029 | 000029 | OPTIMUM OUT | | 2651 WARRENVILLE RD<br>DOWNERS GROVE, IL 60515 |
| 030 | 000030 | OPTIMUM OUT | | 2651 WARRENVILLE RD<br>DOWNERS GROVE, IL 60515 |
| 031 | 000031 | OPTIMUM OUT | | 2651 WARRENVILLE RD<br>DOWNERS GROVE, IL 60515 |
| 027 | 000027 | OPTIMUM OUT | | 2651 WARRENVILLE RD<br>DOWNERS GROVE, IL 60515 |
| 028 | 000028 | OPTIMUM OUT | | 2651 WARRENVILLE RD<br>DOWNERS GROVE, IL 60515 |
| 026 | 000026 | OPTIMUM OUT | | 2651 WARRENVILLE RD<br>DOWNERS GROVE, IL 60515 |
| 044 | 000044 | SANTANDER CONSUMER USA | | PO BOX 961245<br>FORT WORTH, TX 76161 |
| 011 | 000011 | SANTANDER CONSUMER USA | | PO BOX 961245<br>FORT WORTH, TX 76161 |

46 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 12/16/2015.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   12/16/2015   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail