**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Donald Ray Mapson
2214 Oleander Drive
Wilmington, NC 28403

CASE NO.: 15–05487–5–SWH

DATE FILED: October 8, 2015

CHAPTER: 13

Charlrean Batten Mapson
2214 Oleander Drive
Wilmington, NC 28403

ORDER OF DISMISSAL

The court finds that Donald Ray Mapson and Charlrean Batten Mapson has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Donald Ray Mapson and Charlrean Batten Mapson file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Donald Ray Mapson and Charlrean Batten Mapson and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: September 21, 2017

Stephani W. Humrickhouse
United States Bankruptcy Judge